✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| SILVA, CICERO P | CM/ECF Case No. 4:26-PO-00164-AGH |

Case No.    GM1    E2536372

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:**  SILVA, CICERO P

☐   **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-2-8 | EXPIRED REGISTRATION | 02/06/2026 | 1 |

☑   Count(s)  1_____    ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $0.00 | $  0.00 | $  0.00 | $  0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  2986

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
FORT BENNING, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date